No. D–253.   IN RE DISBARMENT OF CALDWELL.   Disbarment entered.   [For earlier order herein, see 454 U. S. 1027.]

No. D–257.   IN RE DISBARMENT OF GOTKIN.   It is ordered that Martin E. Gotkin, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–258.   IN RE DISBARMENT OF ROOT.   It is ordered that Stanley Roy Root, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–259.   IN RE DISBARMENT OF COVEN.   It is ordered that Bernard J. Coven, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–260.   IN RE DISBARMENT OF BUSSEY.   It is ordered that Richard M. Bussey, of Santa Rosa, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–2205.   FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS v. MURRAY.   C. A. 7th Cir.   [Certiorari granted, 454 U. S. 962.]   Motion of Chicago Lawyers' Committee for Civil Rights Under Law for leave to file a brief as amicus curiae granted.